Elizabeth M. Richardson, administratrix of estate of William J. Richardson, deceased, et al., appellees, v. Subscribers at the Inter-Insurance Exchange of Chicago Motor Club and Motor Club Service Corporation, appellants. Gen. No. 39,331.

Heard in the first division of this court for the first district at the February term, 1937. Opinion filed June 28, 1937.

Miller, Gorham, Wales & Adams, for appellants; Herbert C. De-Young, of counsel. John A. Bloomingston, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

J. H. Rosberg Manufacturing Company, appellees, v. Madison and Kedzie State Bank and Paul Schroeder, appellants, and Lawrence A. Barrett, et al., appellees. Gen. No. 39,354.

Heard in the first division of this court for the first district at the February term, 1937. Opinion filed June 28, 1937. Rehearing denied July 10, 1937.

Isaac B. Lipson and A. C. Lewis, for appellants. Marston, Friedlund & Friedlund, for certain appellee; Emil N. Levin, of counsel. Concannon, Dillon, Bostelman & Snook, for certain other appellee.

Mr. Justice Matchett delivered the opinion of the court.

Nathan K. McGill, appellant, v. H. J. Coleman and Company Agency and Loan Corporation et al., appellees. Gen. No. 39,468.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 28, 1937.

Joseph E. Snowden, for appellant. Silverstein & Silverstein, for appellee H. J. Coleman & Co., Agency and Loan Corporation; Julius J. Silverstein, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

O'Laughlin Company, appellee, v. Village of Stickney et al., defendants. Appeal of Village of Stickney, appellant. Gen. No. 39,407.

Heard in the first division of this court for the first district at the April term, 1937. Opinion filed June 29, 1937.

Joseph Lustfield, for appellant; Ode L. Rankin, of counsel. L. A. Wescott and Victor M. Langsett, for appellee.

Mr. Justice Matchett delivered the opinion of the court.